May 17, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF M.C.H. AKA B.G.H., A CHILD

NO. 14-12-00103-CV

_____

This cause, an appeal from the order terminating the parental rights of Kena N. Hall and Unknown Father over the minor child M.C.H. aka B.G.H., signed January 18, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the order. The order of the court below is **AFFIRMED**.

We order this decision certified below for observance.

We further order the mandate be issued immediately.